JUANITA C. HANSEN, Respondent, *v.* UNITED STORES REALTY CORPORATION et al., Defendants, and THEATRE ZONE REALTY Co., INC., et al., Appellants.

(Argued October 9, 1931; decided November 17, 1931.)

*Edward P. Mowton* for appellants.

*Arthur K. Wing, M. Vartan Malcom* and *James G. Purdy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.